## RECONSIDERATION OF PRIOR DECISIONS

**2010–1312. In re Monogudis.**
Cuyahoga App. No. 92988, 2010-Ohio-2087. Reported at 127 Ohio St.3d 1503, 2011-Ohio-19, 939 N.E.2d 1266. On amended motion for reconsideration of Thomas J. Wozniak. Motion denied.

**2010–1417. State v. Carter.**
Clinton App. No. CA2010–01–001. Reported at 127 Ohio St.3d 1503, 2011-Ohio-19, 939 N.E.2d 1266. On motion for reconsideration. Motion denied.

**2010–1707. State v. Troiano.**
Franklin App. No. 09AP–862, 2010-Ohio-3019. Reported at 127 Ohio St.3d 1503, 2011-Ohio-19, 939 N.E.2d 1266. On motion for reconsideration. Motion granted to the following extent: The discretionary appeal is accepted on Proposition of Law No. I; the cause is held for the decision in 2010–1448, *State v. Barker,* Lucas App. No. L–09–1139, 2010-Ohio-3067; and the briefing schedule is stayed.

O'CONNOR, C.J., and PFEIFER and LANZINGER, JJ., dissent.

**2010–1708. State v. Schleiger.**
Preble App. No. CA2009–09–026, 2010-Ohio-4080. On motion for reconsideration and for oral argument. Motions denied.

**2010–1726. Broadview Hts. v. Stovall.**
Cuyahoga App. No. 93322, 2010-Ohio-3867. Reported at 127 Ohio St.3d 1504, 2011-Ohio-19, 939 N.E.2d 1267. On motion for reconsideration. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

**2010–1753. In re Moore.**
Hamilton App. No. C–090576, 2010-Ohio-3991. Reported at 127 Ohio St.3d 1505, 2011-Ohio-19, 939 N.E.2d 1267. On motions for reconsideration and to reinstate stay of court of appeals' judgment. Motions denied.

**2010–1757. R&S Distrib., Inc. v. Hartage Smith Nonwovens, L.L.C.**
Hamilton App. No. C–090100, 2010-Ohio-3992. Reported at 127 Ohio St.3d 1505, 2011-Ohio-19, 939 N.E.2d 1267. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2010–1759. Sopp v. Turner.**
Franklin App. No. 10AP–25, 2010-Ohio-4021. Reported at 127 Ohio St.3d 1505, 2011-Ohio-19, 939 N.E.2d 1267. On motion for reconsideration. Motion denied.